UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC, <br>     a Georgia corporation, and <br> <br> A&J MANUFACTURING, INC., <br>     a Florida corporation, <br>                   Plaintiffs, <br> <br> v. <br> <br> FERRELLGAS, L.P, <br>     a Delaware limited partnership, and <br> <br> BLUE RHINO GLOBAL SOURCING, INC., <br>     a Delaware corporation, <br>                   Defendants. | Civil Action No. <br><br> JURY DEMAND |

**COMPLAINT**
**FOR INFRINGEMENT OF U.S. PATENT**

PLAINTIFFS, A&J MANUFACTURING LLC and A&J MANUFACTURING, INC., by and through their attorneys, and for their Complaint against Defendants FERRELLGAS, L.P., and BLUR RHINO GLOBAL SOURCING, INC., state and allege as follows:

I.         PARTIES AND NATURE OF SUIT

1. This is an action for infringement of a United States patent, in violation of 35 U.S.C. §§271, 281, and 283-285. Plaintiffs seek monetary relief against Defendants, and equitable relief in the form of a permanent injunction against Defendants, barring the

manufacture, sale, offer for sale, use or importation of goods that infringe the patent rights asserted.

2. Plaintiff, A&J Manufacturing, LLC is a limited liability company organized and existing under the laws of the state of Georgia, having a place of business at 2469 Demere Road, St. Simons, Glynn County, Georgia 31522.

3. Plaintiff, A&J Manufacturing, Inc. is a corporation organized and existing under the laws of the state of Florida, having a place of business at 903 Lake Asbury Drive, Green Cove Springs, Florida 32043.

4. A&J Manufacturing, LLC is the owner, by assignment, of all right, title and interest in U.S. Patent No. 8,381,712, entitled "Simultaneous Multiple Cooking Mode Barbecue Grill" (the "'712 patent"). A copy of the '712 patent is attached as Exhibit A.

5. A&J Manufacturing, LLC is a leading designer, developer, manufacturer and distributor of outdoor grilling products, including multiple-mode grill products that embody the inventions of the '712 patent.

6. A&J Manufacturing, LLC, in cooperation with A&J Manufacturing, Inc., (hereafter referred to collectively as "A&J"), sells and distributes, within this district and nationwide, multiple-mode grill products, including those sold under the trademarks CHAR-GRILLER DUO and CHAR-GRILLER TRIO, both of which embody the invention of the '712 patent. Images of the genuine A&J products are reproduced below:

 

          **Char-Griller Duo**                    **Char-Griller Trio**

7. On information and belief, Defendant Ferrellgas, L.P., ("Ferrellgas") is a limited partnership organized and existing under the laws of the state of Delaware, having a principal place of business at 7500 College Boulevard, Suite 1000, Overland Park, Kansas 66210.

8. On information and belief, Defendant Blue Rhino Global Sourcing, Inc., ("Blue Rhino") is a corporation organized and existing under the laws of the state of Delaware, having a principal place of business at One Liberty Plaza, Liberty, Missouri 64068-2970. Blue Rhino is a wholly-owned subsidiary of Ferrellgas.

## II.   JURISDICTION AND VENUE

9. This Court has original subject matter jurisdiction over the causes of action for patent infringement asserted herein, pursuant to 28 U.S.C. §§1331 and 1338.

10. On information and belief, Defendants offer for sale and sell in the United States, and import into the United States, barbecue grill products offered for sale and sold (at Walmart retail stores and through Walmart's e-commerce web site www.walmart.com) in this judicial district, that infringe one or more claims of the '712 patent. The accused barbecue grill products are described more fully below. On information and belief, defendants have purposefully directed infringing activities toward residents of this district,

and have engaged in acts of infringing importation resulting in sales of infringing product within this district. Therefore, this Court has personal jurisdiction over Defendants.

11. The acts of infringement alleged herein against all Defendants arise out of the same transaction, occurrence or series of transactions or occurrences related to the same accused product, described below. Further, questions of fact common to all Defendants will arise in this action. Therefore, joinder of all Defendants in this action is authorized by 35 U.S.C. §299(a).

12. Venue is proper within this judicial district pursuant to 28 U.S.C. §1400(b).

### III.   DEFENDANTS' PRODUCT

13. On information and belief, Defendants offer for sale and sell in the United States, and import into the United States a product offered for sale and sold within this judicial district, a simultaneous multiple cooking mode barbecue grill, the "Backyard Grill, Outdoor LP Gas/Charcoal Barbeque Grill, Model No. GBC1490W." This product is offered for sale and sold at Walmart retail outlets within this judicial district and throughout the United States, and is offered for sale and sold online through the e-commerce website www.walmart.com.

14. An image of said product is reproduced below:



**Backyard Grill, Outdoor LP Gas/Charcoal Barbeque Grill, Model No. GBC1490W**

15. Among other features, this product comprises a wheeled frame supporting a gas cooking unit having a grilling surface, hinged lid and exhaust, together with a second cooking unit configured to cook with a solid fuel such as charcoal, and having a separate grilling surface, hinged lid and exhaust.

### IV. CLAIM FOR RELIEF

**(Infringement of U.S. Patent No. 8,381,712)**

16. A&J incorporates the allegations of Paragraphs 1-15 above as if fully set forth herein.

17. The actions of Defendants in offering for sale, selling and/or importing into the United States at least the above-described Backyard Grill, Outdoor LP Gas/Charcoal

Barbeque Grill, Model No. GBC1490W, constitute infringement of one or more claims of A&J's '712 patent in violation of 35 U.S.C. §271(a).

18. A&J has been damaged as a direct and proximate result of Defendants' conduct in an amount to be proven at trial, but in no event less than a reasonable royalty under 35 U.S.C. §284.

19. Furthermore, Defendants' infringing acts are of a continual and ongoing nature, resulting in harm to A&J for which A&J has no adequate remedy at law. For that reason, A&J is entitled to equitable relief including injunctive relief pursuant to 35 U.S.C. §283.

20. On information and belief, Defendants are aware of A&J's patent rights, Defendants are willfully infringing A&J's '712 patent, and A&J is entitled to an award of enhanced damages.

## PRAYER FOR RELIEF

WHEREFORE, A&J respectfully requests that this Court grant the following relief against Defendants:

    A. That pursuant to 35 U.S.C. §283, Defendants, together with their officers, agents and employees, and all persons acting in concert with them, be permanently enjoined from making, using, importing, selling or offering to sell products that infringe the claims of the '712 patent, including at least the Backyard Grill, Outdoor LP Gas/Charcoal Barbeque Grill, Model No. GBC1490W;

    B. That pursuant to 35 U.S.C. §284, an award of damages enter in favor of A&J and against Defendants adequate to compensate A&J for Defendants' infringement of A&J's patent rights, in no event less than a reasonable royalty, together with prejudgment interest from the date infringement began;

    C.    That the Court assess increased damages by virtue of Defendants' willful infringement, and award said increased damages to A&J along with the award of A&J's reasonable attorney fees pursuant to 35 U.S.C. §285;

    D.    That A&J be awarded costs, expert witness fees, and such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs demand trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED this 2nd day of March, 2015.

/s/ Mark D. Johnson
Mark D. Johnson
Georgia Bar No. 395041
GILBERT, HARRELL, SUMERFORD & MARTIN, PC
777 Gloucester Street
Suite 200
P.O. Box 190
Brunswick, Georgia 31520
mjohnson@gilbertharrelllaw.com
Telephone:   (912) 265-6700
Facsimile:    (912) 264-3917

**ATTORNEYS FOR PLAINTIFF**