# Exhibit A

| | |
|---|---|
| **From:** | Michael Guadagno <mguadagno@bluerhino.com> |
| **Sent:** | Friday, January 26, 2018 4:59 PM |
| **To:** | Mark Wilson |
| **Subject:** | FW: Court ordered settlement meeting |

FYI – email sent to Jay at Char Griller

Michael Guadagno
VP of Operations – Blue Rhino Global Sourcing
10 Hub Drive – Suite 101
Melville, NY 11747
516-962-2376 Cisco 62376
516-762-0683 Fax
516-417-4008 Mobile

**From:** Michael Guadagno
**Sent:** Friday, January 26, 2018 4:58 PM
**To:** 'Jay Simms'
**Subject:** RE: Court ordered settlement meeting

Jay

I will be in Winston Salem on February 21st. My plan was to leave that day but we could meet somewhere between there and Atlanta, and I can patch Marc Zemel via phone. He has sales meetings that week, but will make himself available on 2/21.
Please respond back on Monday with a plan as I need to book travel, and do not want to pay for last minute planning.

Thanks

Michael Guadagno
VP of Operations – Blue Rhino Global Sourcing
10 Hub Drive – Suite 101
Melville, NY 11747
516-962-2376 Cisco 62376
516-762-0683 Fax
516-417-4008 Mobile

**From:** Jay Simms [mailto:jay@chargriller.com]
**Sent:** Tuesday, January 23, 2018 10:58 AM
**To:** Michael Guadagno
**Subject:** Re: Court ordered settlement meeting

Michael,
Let me know some dates you can meet in Atlanta beyond the deadline. There is a possibility that we could get it extended.

Thanks,
Jay


On Jan 23, 2018, at 8:34 AM, Michael Guadagno <mguadagno@bluerhino.com> wrote:

We just cant anymore..
Jay you are taking way too much time in between communication. The judge did not order us to meet in Atlanta, I agreed because I thought we would have open dialogue and we reach an amenable date. You gave me 4 days notice the first and the second time it was a massive, but in between 60 days went by and attempted to reach a few times. I understand if you cant meet in NY.
At this point we have a business to run, we can meet by WEBEX otherwise we are going to miss the deadline.

Michael Guadagno
VP of Operations – Blue Rhino Global Sourcing
10 Hub Drive – Suite 101
Melville, NY 11747
516-962-2376 Cisco 62376
516-762-0683 Fax
516-417-4008 Mobile

**From:** Jay Simms [mailto:jay@chargriller.com]
**Sent:** Monday, January 22, 2018 6:12 PM
**To:** Michael Guadagno
**Subject:** Re: Court ordered settlement meeting

Michael,
Per our understanding at the settlement hearing we agreed to meet in Atlanta. Please let me know what dates you can meet in Atlanta.
Thanks,
Jay


On Jan 5, 2018, at 11:24 AM, Michael Guadagno <mguadagno@bluerhino.com> wrote:

Good Morning Jay

Marc and I schedule are no longer syncing up to travel. I have a couple of thoughts for a preliminary meeting to alleviate this:

1. If it must be done in person face to face would you be able to come to NY anytime during the week of the 15th. We have sales meetings in our showroom but we can block a 3 hour window to meet that week
2. If you can't travel, then we should arrange a meeting via Skype or Go To Meeting, in which case we could all be wherever we need to be and still conduct the meeting. This we would be available to do any day after Jan 15th, we would just have to coordinate a time.

Let me know your thoughts.

Michael Guadagno
VP of Operations – Blue Rhino Global Sourcing
10 Hub Drive – Suite 101

Melville, NY 11747
516-962-2376 Cisco 62376
516-762-0683 Fax
516-417-4008 Mobile

---

**From:** Jay Simms [mailto:jay@chargriller.com]
**Sent:** Friday, January 5, 2018 10:49 AM
**To:** Michael Guadagno
**Subject:** Re: Court ordered settlement meeting

Hi Michael,
Do you have any suggested dates yet?
Jay

> On Jan 3, 2018, at 4:38 PM, Michael Guadagno <mguadagno@bluerhino.com> wrote:
>
> No I am saying week of the 22nd, I need to finalize dates with Marc. I will get back to you shortly.
>
> Michael Guadagno
> VP of Operations – Blue Rhino Global Sourcing
> 10 Hub Drive – Suite 101
> Melville, NY 11747
> 516-962-2376 Cisco 62376
> 516-762-0683 Fax
> 516-417-4008 Mobile
>
> ---
>
> **From:** Jay Simms [mailto:jay@chargriller.com]
> **Sent:** Wednesday, January 3, 2018 3:34 PM
> **To:** Michael Guadagno
> **Subject:** Re: Court ordered settlement meeting
>
> Michael,
> Please give me your open days and we will schedule. Are you suggesting next Friday January 12th and Monday January 22nd?
> Let me know.
> Thanks,
> Jay
>
>> On Jan 3, 2018, at 3:25 PM, Michael Guadagno <mguadagno@bluerhino.com> wrote:
>>
>> Good Afternoon Jay
>>
>> I was just about to send you an email. We are not going to make it out tomorrow. They are expecting 10 inches snow here and 60MPH winds no way airports open in the morning. Remember we are in Long Island not NC.
>> Airlines already gave us full refunds.

3

We are going to have to reschedule. Next week is no good as I am in Washington State through Thursday.
We probably need to look out towards the week of the 22nd.

Michael Guadagno
VP of Operations – Blue Rhino Global Sourcing
10 Hub Drive – Suite 101
Melville, NY 11747
516-962-2376 Cisco 62376
516-762-0683 Fax
516-417-4008 Mobile

**From:** Jay Simms [mailto:jay@chargriller.com]
**Sent:** Wednesday, January 3, 2018 3:21 PM
**To:** Michael Guadagno
**Subject:** Re: Court ordered settlement meeting

Hi Michael,
We look forward to seeing you tomorrow.
We will meet at 11:30ish at the Capital City Club, 7 John Portman Boulevard, Downtown Atlanta about a 10-15 minute drive from the airport. Taking Uber would be the easiest and most economical.
Please email me if your flight is delayed.
Thanks,
Jay

> On Dec 21, 2017, at 9:33 AM, Michael Guadagno <mguadagno@bluerhino.com> wrote:
>
> Ok – we are scheduled to land at 10:45 in Atlanta airport on Thursday Jan. 4th.
> I will be coming with Marc Zemel.
> We are scheduled to leave at 5pm, so assuming we need to be back at airport by 3:30, should leave us plenty of time to talk.
>
> Thanks
>
> Michael Guadagno
> VP of Operations – Blue Rhino Global Sourcing
> 10 Hub Drive – Suite 101
> Melville, NY 11747
> 516-962-2376 Cisco 62376
> 516-762-0683 Fax
> 516-417-4008 Mobile
>
> **From:** Jay Simms [mailto:jay@chargriller.com]
> **Sent:** Wednesday, December 20, 2017 5:04 PM
> **To:** Michael Guadagno
> **Subject:** Re: Court ordered settlement meeting

4

Michael,
January 4th in Atlanta works for us. I have arranged a meeting place not too far from the airport. I will email those details under separate email.
Let me know what time your flight will arrive and I will finalize the location confirmation.
Merry Christmas!
Jay

**Jay Simms | President** | Char-Griller®
404-228-5159 | Jay@CharGriller.com

> On Dec 20, 2017, at 9:12 AM, Michael Guadagno <mguadagno@bluerhino.com> wrote:
>
> Good Morning Jay
>
> I am running out of time to book travel, please confirm if we are meeting on January 4th and where the meeting will take place.
>
> Michael Guadagno
> VP of Operations – Blue Rhino Global Sourcing
> 10 Hub Drive – Suite 101
> Melville, NY 11747
> 516-962-2376 Cisco 62376
> 516-762-0683 Fax
> 516-417-4008 Mobile
>
> **From:** Michael Guadagno
> **Sent:** Monday, December 18, 2017 4:20 PM
> **To:** 'Jay @CharGriller.com'
> **Subject:** RE: Court ordered settlement meeting
>
> Hey Hay
>
> Still didn't see an answer on this, looking to plan travel.
>
> Michael Guadagno
> VP of Operations – Blue Rhino Global Sourcing
> 10 Hub Drive – Suite 101
> Melville, NY 11747
> 516-962-2376 Cisco 62376
> 516-762-0683 Fax
> 516-417-4008 Mobile

**From:** Michael Guadagno
**Sent:** Thursday, December 7, 2017 4:07 PM
**To:** 'Jay @CharGriller.com'
**Subject:** RE: Court ordered settlement meeting

We can probably do this, where would you want to meet, and appx what time?

Michael Guadagno
VP of Operations – Blue Rhino Global Sourcing
10 Hub Drive – Suite 101
Melville, NY 11747
516-962-2376 Cisco 62376
516-762-0683 Fax
516-417-4008 Mobile

**From:** Jay @CharGriller.com [mailto:jay@chargriller.com]
**Sent:** Wednesday, December 6, 2017 2:15 PM
**To:** Michael Guadagno
**Subject:** Re: Court ordered settlement meeting

Mike
How about January 4th?
Jay

_____

**Jay Simms | President** | Char-Griller®
404-228-5159 | Jay@CharGriller.com

On Dec 6, 2017, at 11:37 AM, Michael Guadagno <mguadagno@bluerhino.com> wrote:

> Hi Jay
>
> Thank you for emailing. The timing is a little short and a couple of the people I would like to take to meet with you will not be available. Do you have dates available after the new year as at least 2 of 3 people I want to part of discussions will need to fly and one will be out of country until Jan 2nd, in addition he is on sales calls next week. Right now my January is open so if you give me a

6

few dates we can come down and try to make something happen prior to our 1/31 deadline.

Thanks

Michael Guadagno
VP of Operations – Blue Rhino Global Sourcing
10 Hub Drive – Suite 101
Melville, NY 11747
516-962-2376 Cisco 62376
516-762-0683 Fax
516-417-4008 Mobile

**From:** Jay @CharGriller.com [mailto:jay@chargriller.com]
**Sent:** Wednesday, December 6, 2017 11:27 AM
**To:** Michael Guadagno
**Subject:** Court ordered settlement meeting

**CAUTION - EXTERNAL SENDER**
- **DO NOT** click links or open any attachments if sender is unknown or the message seems suspicious in any way.
- **DO NOT** provide your user ID or password.

Mike,
I am available to meet with you December 11, 12, 13, or 15. Per our discussion at the courthouse, we can meet at or near the Atlanta airport. I could also meet with you on the 13th near your office in Winston-Salem. Please let me know your availability.
Jay

**Jay Simms | President** | Char-Griller®

*This email message and any attachments are solely for the use of the intended recipient(s) and may contain confidential and/or*

7

*privileged information. Any unauthorized use, review, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.*

*This email message and any attachments are solely for the use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized use, review, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.*

*This email message and any attachments are solely for the use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized use, review, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.*

*This email message and any attachments are solely for the use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized use, review, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.*

*This email message and any attachments are solely for the use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized use, review, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.*

*This email message and any attachments are solely for the use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized use, review, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.*

*This email message and any attachments are solely for the use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized use, review, disclosure or distribution is*

*prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.*

*This email message and any attachments are solely for the use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized use, review, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.*