Exhibit B

| | |
|---|---|
| **From:** | Mark Wilson |
| **Sent:** | Tuesday, July 17, 2018 9:51 AM |
| **To:** | Reich, Lance D. |
| **Cc:** | mjohnson@gilbertharrelllaw.com; pscott@brbcsw.com; Minnie Kim |
| **Subject:** | RE: A&J Manufacturing, LLC et al v. Ferrellgas, L.P. et al; Case No. 2:15-cv-28; status of settlement talks |
| **Attachments:** | 841765100761_how.pdf |

Lance, thank you for your email.  A few comments from me.  The grill you show below is not sold by Blue Rhino.  Even a cursory review of the Owner's Manual (copy attached) shows that the grill is manufactured and sold by RevoAce.  The Blue Rhino trademarks are used under a license.  Therefore, your statement that "Blue Rhino still intends to directly compete with A&J in the grill space, offering competing Dual Fuel grills" because you found this grill for sale, is not correct.  Additionally, it is my understanding that this grill has been sold for 5 years or more.  You can find videos online showing the grill from years and years ago.  A&J has not accused this grill of patent infringement.  You must agree that this grill does not infringe upon the patent at issue in the present case.  Therefore, any suggestion by A&J that Blue Rhino should not "directly compete with A&J in the grill space" because of the patent at issue, which is directed to a specific grill with many limitations (and has been found unpatentable on reexamination by the USPTO), would constitute patent misuse.  In any event, we view your email, sent the day before our scheduled call with the Court, simply as an excuse.  That said, we agree that the parties appear to be at an impasse.  Mark

**J. Mark Wilson**
Attorney at Law
T 704.331.1177
F 704.339.5981
markwilson@mvalaw.com

**Moore&VanAllen**    100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

**From:** Reich, Lance D. [mailto:LReich@helsell.com]
**Sent:** Monday, July 16, 2018 11:32 AM
**To:** Mark Wilson <markwilson@mvalaw.com>
**Cc:** mjohnson@gilbertharrelllaw.com; pscott@brbcsw.com; Minnie Kim <minniekim@mvalaw.com>
**Subject:** A&J Manufacturing, LLC et al v. Ferrellgas, L.P. et al; Case No. 2:15-cv-28; status of settlement talks

Mark:
I wanted to give you the heads up that A&J will inform the court tomorrow that it believes parties are at an impasse because it appears that Blue Rhino still intends to directly compete with A&J in the grill space, offering competing Dual Fuel grills.  For example, see below:

1



Consequently, a business resolution that doesn't mitigate the direct competition between the two entities would not be acceptable to A&J. And after meeting and several discussions between the parties, it does not appear that a holistic solution is possible at this stage.
-Lance

**Lance D. Reich | Helsell Fetterman LLP**
*Registered Patent Attorney*
1001 Fourth Avenue, Suite 4200
Seattle, Washington  98154
Direct:  (206) 689-2111
Main: (206) 292-1144
Fax:  (206) 340-0902
Email:  lreich@helsell.com
Web:  www.helsell.com

**CONFIDENTIALITY AND CIRCULAR 230 NOTICE**:  This communication is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  You are hereby notified that any dissemination, distribution or duplication of this communication by someone other than the intended addressee or its designated agent is strictly prohibited.  As required by the Internal Revenue Service, anything contained in this communication pertaining to any U.S. federal tax matter is not to be used for the purpose of avoiding federal tax penalties under the Internal Revenue Code or for promoting, marketing or recommending to any third party the tax implications of any partnership or other entity, investment plan or arrangement discussed in this communication.  If you have received this communication in error, please notify this firm immediately by calling (206) 292-1144, or by reply to this communication.