Patent Application Information Retrieval

Order Certified Application As Filed   Order Certified File Wrapper   View Order List

**90/013,762**   SIMULTANEOUS MULTIPLE COOKING MODE BARBECUE GRILL   **AJ.RE0010US**

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent | Assignments | Display References |

## Transaction History

| Date | Transaction Description |
|---|---|
| 02-20-2018 | Fee Payment Only Filed |
| 02-20-2018 | Reply Brief Filed |
| 02-20-2018 | Certificate of Service |
| 12-20-2017 | RX - Mail Examiners Answer |
| 12-19-2017 | Receipt of Petition in a Reexam |
| 12-19-2017 | Certificate of Service |
| 12-07-2017 | RX - Mail Petition Decision - Dismissed |
| 09-07-2017 | Appeal Brief Filed |
| 09-07-2017 | Appeal Brief Review Complete |
| 09-07-2017 | Certificate of Service |
| 08-22-2017 | RX - Mail Petition Decision - Dismissed |
| 08-17-2017 | Request for Extension of Time |
| 08-17-2017 | Certificate of Service |
| 06-29-2017 | RX - Mail Petition Decision - Granted-in-part |
| 06-28-2017 | Request for Extension of Time |
| 06-28-2017 | Certificate of Service |
| 06-22-2017 | RX - Mail Reexam - Advisory Action (or Supplemental) |
| 06-07-2017 | Certificate of Service |
| 06-07-2017 | Request for Oral Hearing |
| 06-07-2017 | Notice of Appeal Filed |
| 06-05-2017 | RX - Mail Petition Decision - Denied |
| 06-02-2017 | Response to Final Filed (or Ready for Examiner Action) |
| 06-02-2017 | Certificate of Service |
| 05-24-2017 | Receipt of Petition in a Reexam |
| 05-24-2017 | Certificate of Service |
| 04-12-2017 | Receipt of Petition in a Reexam |
| 04-12-2017 | Certificate of Service |
| 04-13-2017 | Change in Power of Attorney (May Include Associate POA) |
| 04-13-2017 | Correspondence Address Change |
| 04-11-2017 | Receipt of Petition in a Reexam |
| 04-11-2017 | Certificate of Service |
| 04-07-2017 | RX - Mail Final Rejection |
| 12-27-2016 | Response after Non-Final Action |
| 12-27-2016 | Certificate of Service |
| 12-14-2016 | RX - Mail Petition Decision - Dismissed |
| 12-09-2016 | Request for Extension of Time |
| 12-09-2016 | Certificate of Service |

| | |
|---|---|
| 11-25-2016 | RX - Mail Reexam Non-Final Action |
| 10-26-2016 | Certificate of Service |
| 10-25-2016 | Certificate of Service |
| 10-24-2016 | Timely Requestor's Reply to an Owner's Statement |
| 09-20-2016 | RX - Mail Petition Decision - Dismissed |
| 08-24-2016 | Timely Owner Statement in Response to Order |
| 08-24-2016 | Certificate of Service |
| 08-05-2016 | Certificate of Service |
| 08-05-2016 | Receipt of Petition in a Reexam |
| 07-06-2016 | RX - Mail Ex Parte Request for Reexamination Granted |
| 08-16-2016 | Notice of Reexam Published in Official Gazette |
| 07-06-2016 | RX - Mail Pilot Waiver Program - Ex Parte Interview Summary |
| 06-06-2016 | Information Disclosure Statement considered |
| 06-06-2016 | Information Disclosure Statement (IDS) Filed |
| 06-21-2016 | Reexam Litigation Search Conducted |
| 06-09-2016 | Case Docketed to Examiner in GAU |
| 06-09-2016 | Completion of Preprocessing - Released to Assigned GAU |
| 06-10-2016 | Reexamination Formalities Notice Mailed |
| 06-10-2016 | Reexamination Formalities Notice Mailed |
| 06-09-2016 | FITF set to NO - revise initial setting |
| 06-09-2016 | Notice of assignment of reexamination request |
| 06-09-2016 | Notice of reexamination request filing date |
| 06-08-2016 | Title Report |
| 06-06-2016 | Reexam - Information Disclosure Statement Filed by Third Party Requester |
| 06-06-2016 | Certificate of Service |
| 06-06-2016 | Reexamination requested by third party requester |
| 06-06-2016 | ENTITY STATUS SET TO UNDISCOUNTED (INITIAL DEFAULT SETTING OR STATUS CHANGE) |
| 06-06-2016 | Receipt of Original Ex Parte Reexam Request |