# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

A&J MANUFACTURING, LLC; and A&J
MANUFACTURING, INC.,

      Plaintiff,

    v.

RANKAM VDG INDUSTRIES, LTD.,

      Defendant.

CIVIL ACTION NO.: 2:13-cv-121

# O R D E R

This matter is before the Court on Defendant's Motion to Stay Pending Reexamination and Motion for Leave to File Supplement to Defendant's Motion to Stay. (Docs. 40, 57.) Defendant seeks to stay this case pending final resolution of the United States Patent and Trademark Office's ("USPTO") reexamination proceedings of U.S. Patent No. 8,381,712. (Doc. 40.) Defendants submit that, due to recent developments with the USPTO, final resolution of the reexamination proceeding is likely to occur in late September 2018. (Doc. 57, p. 2.) After careful consideration, the Court **GRANTS** Defendants' Motions, (docs. 40, 57). Defendant shall notify the Court in writing of the final disposition of the USPTO's reexamination proceedings no later than **thirty (30) days** after its resolution.

    **SO ORDERED**, this 7th day of February, 2018.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA