You don't want to protect your portfolios?    **Of course I do! (/finance/login/home)**                            Search

# Ferrellgas Partners Probability Of Bankruptcy (/invest/symbolDashboard/FGP)

SUMMARY    FUNDAMENTALS

Summary    Selected    Relationships    Trends    Drivers    Cross Drifts

Sponsored content. Upgrade to remove this ad ✖ (/invest/portfolioPackages)

The Macroaxis Fundamental Analysis lookup allows users to check a given indicator for any equity or select from a set of available indicators by clicking on the link to the right. Please note, not all equities are covered by this module due to inconsistencies in global equity categorizations. Please check also Equity Screeners (/invest/marketScreener) to view more equity screening tools

| Symbol | FGP | Refresh |

## PROBABILITY OF BANKRUPTCY ANALYSIS

For stocks, Probability Of Bankruptcy is normalized value of Z-Score. For funds and ETFs it is derived from a multi-factor model developed by Macroaxis. The score is used to predict probability of a firm or a fund experiencing financial distress within next 24 months. Unlike Z-Score, Probability Of Bankruptcy is the value between 0 and 100 indicating the actual probability the firm will be distressed in the next 2 fiscal years.

Ferrellgas Partners  Probability Of Bankruptcy  = Normalized   Z-Score  = **45 %**

More About Probability Of Bankruptcy (/invest/ratio/filter--Probability-Of-Bankruptcy) | All Equity Analysis (/invest/equityAnalysis)

## DISTRESS DRIVER CORRELATIONS

| | Asset Turnover (/invest/ratioPatterns/FGP/Asset-Turnover) |
|---|---|
| Asset Turnover (/invest/ratioPatterns/FGP/Asset-Turnover) | |
| Book Value per Share (/invest/ratioPatterns/FGP/Book-Value-per-Share) | 0.75 (/invest/symbolRatiosCompareOverTime/FGP?r1=Asset-Turnover&r2= |
| Current Ratio (/invest/ratioPatterns/FGP/Current-Ratio) | 0.64 (/invest/symbolRatiosCompareOverTime/FGP?r1=Asset-Turnover |
| Debt to Equity Ratio (/invest/ratioPatterns/FGP/Debt-to-Equity-Ratio) | -0.06 (/invest/symbolRatiosCompareOverTime/FGP?r1=Asset-Turnover&r2 |

**PEER COMPARISON**
Ferrellgas Partners Probability Of Bankruptcy Comparison



↑ Probability Of Bankruptcy ↑

Ferrellgas Partners    PSX    PBF    NGL

→ Ferrellgas Partners Comparables →

Ferrellgas Partners is currently under evaluation in probability of bankruptcy category among related companies.

**CURRENT FERRELLGAS PARTNERS FINANCIAL RATIOS**

| Return On Equity (/invest/ratio/FGP--Return-On-Equity) | 47.40 % |
| Return On Asset (/invest/ratio/FGP--Return-On-Asset) | 5.01 % |
| Profit Margin (/invest/ratio/FGP--Profit-Margin) | (4.34) % |



| | | | |
|---|---|---|---|
| Dividend Yield (/invest/ratioPatterns/FGP/Dividend-Yield) | -0.42 (/invest/symbolRatiosCompareOverTime/FGP?r1=Asset-Turnover... | Operating Margin (/invest/ratio/FGP--Operating-Margin) | 5.97 % |
| EBITDA Margin (/invest/ratioPatterns/FGP/EBITDA-Margin) | 0.82 (/invest/symbolRatiosCompareOverTime/FGP?r1=Asset-Turnover&... | Current Valuation (/invest/ratio/FGP--Current-Valuation) | 2.42 B |
| Earnings per Basic Share (/invest/ratioPatterns/FGP/Earnings-per-Basic-Share) | 0.84 (/invest/symbolRatiosCompareOverTime/FGP?r1=Asset-Turnover&r2=E... | Shares Outstanding (/invest/ratio/FGP--Shares-Outstanding) | 97.15 M |
| Free Cash Flow per Share (/invest/ratioPatterns/FGP/Free-Cash-Flow-per-Share) | 0.44 (/invest/symbolRatiosCompareOverTime/FGP?r1=Asset-Turnover&r2=Fr... | Shares Owned by Insiders (/invest/ratio/FGP--Shares-Owned-by-Insiders) | 28.71 % |
| Gross Margin (/invest/ratioPatterns/FGP/Gross-Margin) | -0.83 (/invest/symbolRatiosCompareOverTime/FGP?r1=Asset-Turnover... | Shares Owned by Institutions (/invest/ratio/FGP--Shares-Owned-by-Institutions) | 6.37 % |

Click cells to compare fundamentals    View All Correlations (/invest/symbolRatiosCorrelations/FG...

## ABOUT PROBABILITY OF BANKRUPTCY

Probability of Bankruptcy SHOULD NOT be confused with actual chance of a company to file for chapter 7, 11, 12 or 13 bankruptcy protection. Macroaxis simply defines Financial Distress as an operational condition where a company is having difficulty to meet its current financial obligations towards its creditors or to deliver on the expectations of its investors. Macroaxis derives these conditions on a daily bases from both public financial statements as well as analysis of stock prices reacting to market conditions or economic downturns including short term and long term historical volatility. Other factors taken into account include analysis of liquidity, revenues patterns, R&D expenses and commitments, as well as public headlines and social sentiment.

Compare to competition (/invest/compare/FGP)

| Number of Shares Shorted (/invest/ratio/FGP--Number-of-Shares-Shorted) | 1.65 M |
|---|---|
| Price to Earning (/invest/ratio/FGP--Price-to-Earning) | 0.71 times |
| Price to Book (/invest/ratio/FGP--Price-to-Book) | 15.35 times |
| Price to Sales (/invest/ratio/FGP--Price-to-Sales) | 0.14 times |
| Revenue (/invest/ratio/FGP--Revenue) | 2.16 B |
| Gross Profit (/invest/ratio/FGP--Gross-Profit) | 739.42 M |
| EBITDA (/invest/ratio/FGP--EBITDA) | 231.21 M |
| Net Income (/invest/ratio/FGP--Net-Income) | (93.72 M) |
| Cash and Equivalents (/invest/ratio/FGP--Cash-and-Equivalents) | 9.54 M |
| Cash per Share (/invest/ratio/FGP--Cash-per-Share) | 0.10 times |
| Total Debt (/invest/ratio/FGP--Total-Debt) | 2.1 B |
| Debt to Equity (/invest/ratio/FGP--Debt-to-Equity) | (3.61) % |



INCOME
Ferrellgas Partners Income Change Over Time

Details ● (/invest/ratioPatterns/FGP/Accumulated-Other-Comprehensive-Income)

Based on latest financial disclosure Ferrellgas Partners L P has Probability Of Bankruptcy of 45.0%. This is much higher than that of the Energy sector, and significantly higher than that of Industrial Gases (/invest/companyDirectory) industry, The Probability Of Bankruptcy for all stocks is over 1000% lower than the firm.

| | | |
|---|---|---|
| Current Ratio (/invest/ratio/FGP--Current-Ratio) | 1.08 times | |
| Book Value Per Share (/invest/ratio/FGP--Book-Value-Per-Share) | 7.62 times | |
| Cash Flow from Operations (/invest/ratio/FGP--Cash-Flow-from-Operations) | 87.27 M | |
| Short Ratio (/invest/ratio/FGP--Short-Ratio) | 8.09 times | |
| Earnings Per Share (/invest/ratio/FGP--Earnings-Per-Share) | 0.96 times | |
| Price to Earnings To Growth (/invest/ratio/FGP--Price-to-Earnings-To-Growth) | 0.10 times | |
| Number of Employees (/invest/ratio/FGP--Number-of-Employees) | 10 | |
| Beta (/invest/ratio/FGP--Beta) | 0.33 | |
| Market Capitalization (/invest/ratio/FGP--Market-Capitalization) | 305.22 M | |
| Total Asset (/invest/ratio/FGP--Total-Asset) | 1.68 B | |
| Working Capital (/invest/ratio/FGP--Working-Capital) | (77.06 M) | |
| Current Asset (/invest/ratio/FGP--Current-Asset) | 285.12 M | |
| Current Liabilities (/invest/ratio/FGP--Current-Liabilities) | 362.18 M | |
| Z Score (/invest/ratio/FGP--Z-Score) | 1.0 | |
| Five Year Return (/invest/ratio/FGP--Five-Year-Return) | 11.82 % | |
| Last Dividend Paid (/invest/ratio/FGP--Last-Dividend-Paid) | 0.4 | |



Macroaxis helps investors of all levels and skills to maximize the upside of all their holdings and minimize the risk associated with market volatility, economic swings, and company-specific events

 (/)

 (http://www.facebook.com/sharer.php?u=https://www.facebook.com/macroaxis)   (http://twitter.com/share?via=macroaxis)  (http://plus.google.com/shar

Made with optimal ♥ in San Francisco
Ⓖ 2018 Macroaxis LLC

### MOST COMMON DESTINATIONS

My Portfolio       Thematic Proposals    Market Map     Research Hub      Crypto Center     ETFs        Funds         Companies       Insiders
(/invest/pitchletHome)  (/invest/portfolioProposal)  (/invest/marketMap)  (/invest/toolSummary)  (/invest/cryptoetfDirectory)  (/invest/etfFinder)  (/invest/moneyDirectory)  (/invest/stockScreener)  (/invest/insiderDirectory)

Buy or Sell Advice   Correlations      Patterns       Technical Analysis  Risk-Return Landscape  Investing Ideas   Portfolio Center
(/invest/advice#GOOG)  (/invest/marketCorrelation)  (/invest/Pattern-portfolio)  (/invest/marketAnalysis)  (/invest/marketRiskAndReturn)  (/invest/investingOpportunities)  (/invest/portfolioDashboard)

### MAIN CATEGORIES

Equity Research (/invest/symbolDashboard)
Portfolio Management (/invest/allPortfoliosDashboard)
Portfolio Analytics (/invest/portfolioHome)
Optimization Engine (/invest/portfolioOptimizationHome)
Watchlist Tools (/invest/myWatchList)
Portfolio Rebalancing (/invest/myPortfolioBuilder)
Your Optimal Gateway (/invest/toolSummary)

### MARKETING

⊕ Global Market Snapshot (/invest/marketMap)
🎧 Latest Stories (/invest/stories)
✉ Advertise With Us (/invest/advertisingInfo)
☆ Submit Content (/invest/submit-story)
✎ Become a Contributor (/invest/story-partnership-terms)
</> Financial Widgets (/invest/blogGadgetsTour)

### OUR COMPANY

Macroaxis Sing In 🔎 (/finance/login/home)
Home (/)
About Us (/invest/companyInfo)
Contact Us (/invest/pitchletHowToGet)
Quick Product Tour (/invest/tour)
FAQs (/invest/faq)
Privacy Policy (/invest/privacyPolicy)
Terms Of Use (/invest/termsOfUseInfo)
Plan & Pricing (/invest/portfolioPackages)

vendors/bower_components/jquery.easy-pie-chart/dist/jquery.easypiechart.min.js">