# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC; and A&J MANUFACTURING, INC., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:15-cv-28 |
| v. | |
| FERRELLGAS, LP; and BLUE RHINO GLOBAL SOURCING, INC., | |
| Defendants. | |

## **O R D E R**

This matter comes before the Court on the parties' Joint Status Report. Doc. 80. The Court previously directed the parties to notify the Court within 90 days of its Order or within 30 days of the final resolution of the United States Patent and Trademark Office's ("USPTO") reexamination proceedings of U.S. Patent Number 8,381,712 ("'712 Patent"). Doc. 75 at 1. The parties represent the USPTO has taken no further action in the reexamination proceedings. Doc. 80.

The Court **ORDERS** that the stay imposed in its January 23, 2019 Order remain in place. The parties shall file a joint report describing the status of the '712 Patent reexamination proceedings 90 days from the date of this Order or within 30 days of the USPTO's final resolution of the reexamination proceedings, whichever is sooner.

**SO ORDERED**, this 28th day of May, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA