IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:15-cv-28 |
| v. | |
| FERRELLGAS, L.P, et al., | |
| Defendants. | |

**O R D E R**

The Court previously directed the parties to notify the Court within 90 days of its Order or within 30 days of the final resolution of the United States Patent and Trademark Office's ("USPTO") reexamination proceedings of U.S. Patent Number 8,381,712 ("'712 Patent"). Docs. 81, 83, 85, 87, 89, 93, 95.  The parties filed their required Joint Status Report in this action, informing the Court A&J Manufacturing filed a notice of appeal with the Patent Trial and Appeal Board ("PTAB") and with the United States Court of Appeals for the Federal Circuit regarding the denial of the rehearing request.  Doc. 98.  The parties state A&J Manufacturing elected not to file an opening brief, and the Federal Circuit Appeals Court dismissed the appeal on January 25, 2022.  However, the reexamination proceeding is still pending because the USPTO has not yet issued an *ex parte* reexamination certificate.  Id. at 1–2.

Thus, the Court **ORDERS** the stay imposed in its January 23, 2019 Order remain in place until August 25, 2022.  The parties shall file a joint report on or before August 25, 2022,

describing the status of the '712 Patent reexamination proceedings.

**SO ORDERED**, this 25th day of May, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA